IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEROME McCRAY,**

    *Petitioner*,

v.                                        Case No.: 4:21cv387-MW/MAF

**WALT SUMMERS,**
**Warden,**

    *Respondent*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. This action shall be transferred to the U.S. District Court for the Middle District of Florida, Orlando Division. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on October 25, 2021.**

                                                   s/Mark E. Walker_____
                                                   **Chief United States District Judge**